1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE VALESKA SIGREN BINDHOFF, | Case No.: |
|---|---|
| *Petitioner*. | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

- 1 -

Exhibit A Page 6

ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

|   |   |
|---|---|
| 1 | Petitioner Valeska Sigren Bindhoff ("**Petitioner**") filed with the Court an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use in a Foreign Proceeding (the "**Application**"). Upon consideration and review of the Application, the Memorandum of Points and Authorities in Support thereof, the Declaration of Tomas Leonard, and the proposed subpoena, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application. |

Therefore, IT IS ORDERED that Petitioner's Application is GRANTED.

IT IS FURTHER ORDERED that Petitioner is granted leave to issue and serve the subpoena on André Paul Boissier containing the substance and form of the subpoenas attached as Exhibits B(1) and B(2) to the Application.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable _____
United States District Court Judge

Exhibit A Page 7

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING