# EXHIBIT 12



May 12, 2023

Messrs.
André Paul Boissier
Sergei Jean-Frederic Boissier
Mrs.
Natasha Dolores Boissier

**Re**: Consent and Instruction Required by Banque Lombard Odier & Cie SA

Dear Messrs. and Mrs. Boissier,

This correspondence follows a series of deposits made in error by the trustees of The Valbois Trust and The Dubois Trust (the "Trusts") into account No. 11299100 (the "LO Account"), which Mrs. Valeska Sigren-Boissier ("VB") held jointly with Mr. Jean Jacques Boissier ("JJB") at the Lombard Odier Bank (the "Bank"). Such deposits correspond to distributions made to VB under and pursuant to the terms of the Trusts. The Bank has twice declined the trustees' request to reverse such deposits and instead requested joint instructions to that effect signed by VB and by each of you. Because the amounts referenced herein are the property of VB, you are hereby requested to provide written instructions to the Bank so that it may return the aforementioned deposits back to the originating accounts for further distribution to VB.

The trustees made a total of six deposits into the LO Account for an aggregate amount of USD 529,583.90, according to the following schedule:

| Originating Acct | DATE | DESIGNATION | USD | RECEIVING ACCOUNT |
|---|---|---|---|---|
| 509545A0 | 03.01.2022 | Transfer to Mr JJ &JO V Boissier | 143.75 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
| 201556B0 | 03.01.2022 | Transfer to Mr JJ &/O Mrs V Boissier | 9,938.20 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
| 509545A0 | 01.04.2022 | Transfer to Mr JJ &JO V Boissier | 77,165.61 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
| 201556B0 | 01.04.2022 | TRANSFER TO MR JJ MR V BOISER | 73,666.00 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
| 509545A0 | 04.07.2022 | Transferlo Mr JJ &JO V Boissier | 179,302.68 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
| 201556B0 | 04.07.2022 | Transfer to Mr JJ &/O Mrs V Boissier | 189,367.66 | CUENTA 9100 CTA COMPARTIDA LOMBARD |
|  |  | TOTAL | 529,583.90 |  |

*See* bank statements issued by the Bank corresponding to the months of January, April and July of 2022, attached as Annex A hereto.

On August 16, 2022, and then again on September 27, 2022, the Bank declined the Trustees' request for the return of the foregoing deposits back to the originating Trusts accounts, instructing further that to do so "we would need to receive proper instructions signed by Mrs. VB and JJB's designated heirs together with the heirs certificate and their IDs duly

Exhibit 12 Page 820



notarized (with apostille)." *See* email correspondence of August 6, 2022, and of September 27, 2022, attached hereto as Annex B and Annex C, respectively.

VB is the sole beneficiary of the Trusts and entitled to dispose freely of the foregoing amounts. Whatever the rationale behind the Bank's position in respect of this matter, it is imperative that each of you provide the Bank with written instructions to transfer the deposits referenced herein from the LO Account back to the accounts of the respective Trusts. You are kindly requested to do so by no later than next Friday, May 19, 2023. Failure to do so will be deemed an attempt to illegally misappropriate VB's property and will result in legal actions (whether civil and/or criminal in nature) before any and all applicable jurisdictions.

_____
Juan Pablo Vergara

c.c.:   Marc Genet
        Banque Lombard Odier & Cie SA
        11, rue de la Corraterie - 1204 Genève - Suisse

        David L. Roach
        ROACH, LENNON & BROWN, PLLC
        535 Washington Street, Suite 1000
        Buffalo, New York 14203

Exhibit 12 Page 821